UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**HECTOR QUINONES MOLINA, et als.,**
Plaintiffs

v.                                                                                    **CIVIL NO. 04-1251(DRD)**

**PAVIA HEALTH, INC., et als.,**
Defendants

## ORDER

Pending before the Court is plaintiffs' *Motion to Requesting Return of Non-Resident Bond*. (Docket No. 88). Plaintiff requests the Court release and discharge the non-resident bond posted, pursuant to co-defendant Dr. Jose O. Morales's request which was ultimately granted by the Court, by plaintiff for the amount of $1,000.00 in the instant case.

Having the Court entered an Order on May 31, 2005 dismissing with prejudice plaintiffs' claims against Dr. Jose O. Morales, among certain other defendants, the Court **GRANTS** plaintiffs' motion and **INSTRUCTS** the Clerk of Court to release and discharge the aforementioned bond.

**IT IS SO ORDERED.**

**DATE: June 24, 2005**                                                s/ Daniel R. Dominguez
                                                                                        **DANIEL R. DOMINGUEZ**
                                                                                        **U.S. DISTRICT JUDGE**