**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**HECTOR QUINOES MOLINA, et als.,**
Plaintiffs,

**CIVIL NO. 04-1251 (DRD)**

v.

**PAVIA HEALTH, INC, et als.,**
Defendants.

### JUDGMENT BY STIPULATION

Plaintiff and Defendants have filed a joint motion requesting the dismissal with prejudice of the instant claim pursuant to the settlement agreement reached amongst them (Docket No. 96). They inform the Court that they have reached a settlement which resolves all claims between them. As a result, they have executed said settlement agreement and mutual release of the claims. They further request the Court to retain jurisdiction until all clauses and agreement are fully complied with.

Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants.

Finally, the Court shall retain jurisdiction for compliance purposes.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

S/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

**Date**: **December 15, 2005.**